OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4915

www.ca3.uscourts.gov

May 17, 2005

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE   19801

RE: Docket No. 01-2468
    USA  vs. Bendolph
    D.C. No. 95-cr-00068 SLR



FILED
MAY 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

es

Dear Mr. Dalleo:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   (X) We return herewith the certified record and 1st supplemental
record in the case.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                        By:   LaToya W. Corprew
                              Case Manager


DI #44 is missing

Enclosure

cc:
    Richard G. Andrews, Esq.
    Michael J. Bresnick, Esq.
    David R. Fine, Esq.

Marsha A. Sajer, Esq.
Robert A. Lawton, Esq.
Michael Wiseman, Esq.