**AMENDED**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 01-2468 & 02-2624

———

UNITED STATES OF AMERICA

v.

HERBERT L. BENDOLPH,

                Appellant at No. 01-2468

———

UNITED STATES OF AMERICA

v.

JULIO OTERO,

                Appellant at No. 02-2624

———

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 95-cr-00068)
District Judge: Honorable Sue L. Robinson

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 96-cr-00005-3)
District Judge: Honorable Sylvia H. Rambo

———

Argued October 26, 2004

Reargued En Banc February 23, 2005

Before: SCIRICA, Chief Judge, SLOVITER, NYGAARD, ROTH, McKEE, RENDELL, BARRY, AMBRO, FUENTES, SMITH, FISHER, AND VAN ANTWERPEN, Circuit Judges.

## JUDGMENT

These consolidated causes came to be heard on the record from the United States District Court for the District of Delaware and the United States District Court for the Middle District of Pennsylvania. They were initially argued on October 26, 2004 and were reargued en banc on February 23, 2005. On consideration whereof, it is now hereby ADJUDGED and ORDERED in appeal No. 01-2468 that the order of the District Court for the District of Delaware entered January 3, 2001, be and the same, is hereby AFFIRMED. It is further hereby ADJUDGED and ORDERED in appeal No. 02-2624 that the order of the District Court for the Middle District of Pennsylvania entered February 4, 2002, be and the same is hereby REVERSED and remanded to the District Court. The parties shall bear their own costs. All of the above in accordance with the opinion of this Court.

Attest:

_____
Acting Clerk

Dated: May 20, 2005

**Certified as a true copy and reissued in lieu of a formal mandate on May 20, 2005**

Teste: _____

**Clerk, U.S. Court of Appeals for the Third Circuit.**