# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 29, 2005



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Herbert L. Bendolph
v. United States
No. 05-3
(Your No. 01-2468 & 02-2624)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 24, 2005 and placed on the docket June 29, 2005 as No. 05-3.



Sincerely,

William K. Suter, Clerk

by
Heather Trant
Case Analyst