IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Cr. Action No. 95-68-SLR |
| | : | |
| HERBERT L. BENDOLPH, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF**
**COUNSEL AND ENTRY OF APPEARANCE**

Notice is hereby given of the appearance of Seth M. Beausang, Assistant United States Attorney for the District of Delaware, in place of Thomas V. McDonough, as the attorney for the United States, in the above-captioned case.

                                    COLM F. CONNOLLY
                                    United States Attorney

                       By: /s/Seth M. Beausang
                            Seth M. Beausang (De. I.D. No. 4071)
                            Assistant United States Attorney
                            The Nemours Building
                            1007 Orange Street, Suite 700
                            P. O. Box 2046
                            Wilmington, DE 19899-2046
                            (302) 573-6277

Dated: May 9, 2007

## CERTIFICATE OF SERVICE

      I, Seth M. Beausang, hereby attest under penalty of perjury that on this 9th day of May, 2007, I caused two copies of the Substitution of Counsel to be served by First Class Mail on the pro se Plaintiff at the following address:

Herbert Bendolph
#03725-015
FCI Marianno
P.O. Box 7007
Marianna, Florida 32447-7007

                                            /s/ Seth M. Beausang
                                       Seth M. Beausang (De. I.D. No. 4071)