IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF DELAWARE

UNITED STATES OF AMERICA : CRIMINAL ACTION NO. 95-68-SLR
: CIVIL ACTION NO. 05-571-SLR
VS. :
:
HERBERT L. BENDOLPH :
:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEAL IN FORMA PAUPERIS TO
THE THIRD CIRCUIT COURT OF APPEALS
FROM THE JUDGEMENT OF THE DISTRICT COURT**

Notice is hereby given that **Herbert L. Bendolph**, defendant above named, hereby appeals to the United States Court of Appeals from the judgement entered 12th day of June, 2007 by the Honorable Sue L. Robinson, United States District Court Judge.

The defendant, **Herbert L. Bendolph**, was without counsel, acting on his own behalf, and is thereby entitled to proceed in forma pauperis in this appeal.

WHEREFORE, this Notice Of Appeal is timely filed and hereby notices the Court of **Herbert L. Bendolph's** desire to appeal said judgement to the Third Circuit Court Of Appeals.

Respectfully Submitted,

*Herbert L. Bendolph*
HERBERT L. BENDOLPH

Dated this 18th day of June, 2007.

*[Filed stamp: JUN 21 2007, SUE L. ROBINSON, DISTRICT JUDGE; BD scanned]*

Certificate of Service

I Herbert L. Bendolph Hereby certify that I have this 18 day of June, 2007 Served a copy of the Above pleading same in mail box, with proper postage affixted therto and addressed as follows:

Seth M. Beausang
Assistant United States Attorny
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801

Signed under the penalty of perjury this 18 day of June 2007

Herbert L. Bendolph
03725-015

Name: Herbert L. Bendolph
Reg. No.: 03725-015
Quarters: Creek-B / 230
Federal Correctional Institution
P.O. Box 7007
Marianna, FL 32447-7007

Chief Judge Sue L. Robinson
United States District Court
U.S. Courthouse
Wilimington, Delaware 19801