OFFICE OF THE CLERK

**MARCIA M. WALDRON**  **U**NITED **S**TATES **C**OURT OF **A**PPEALS   TELEPHONE
CLERK   FOR THE THIRD CIRCUIT   215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

<u>Delaware</u>     Clerk of District Court     Date <u>July 5, 2007</u>
    (District)

<u>USA v. Bendolph</u>           C. of A. No. <u>07-2892</u>
    (Caption)

<u>Herbert L. Bendolph</u>
    (Appellant)

<u>95-cr-00068-1</u>
    (D.C. No.)

Enclosures:

___<u>XX</u>___  Certified copy of Clerk's Order dated 7/5/07

\* __<u>XX</u>__  Record returned.

\* _____  Supplemental Record

\* _____  Exhibits

\* _____  State Court Record

___<u>XX</u>___  Copy of this form to acknowledge receipt and return to C. of A.

_____  Record not returned at this time until appeal(s) closed at No.(s)_____

_____  Please forward Record to this office.

_____  The certified copy of order issued as the mandate on_____
        is recalled.

              <u>Shannon L. Craven</u>     (267)-299-<u>4959</u>
                Deputy Clerk          Telephone Number

            \*<u>Roberto Mattos</u>      (267)-299-<u>4910</u>
                Record Processor     Telephone Number

Receipt Acknowledge:
<u>E Strucklin</u>
    (Name)
<u>7/6/07</u>
    (Date)
Rev. 3/13/00
Appeals (Record)