IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) Crim. A. No. 95-68-SLR |
| v. | ) ) |
| HERBERT L. BENDOPLH, | ) ) |
| Defendant. | ) |

**O R D E R**

WHEREAS, in January 2001, the court denied defendant's motion to vacate, correct, or amend sentence pursuant to 28 U.S.C. § 2255 (D.I. 90; D.I. 91); and

WHEREAS, in May 2005, the United States Court of Appeals for the Third Circuit affirmed the court's decision (D.I. 99; D.I. 100; D.I. 102; D.I. 103); and

WHEREAS, in April 2007, defendant filed a Rule 60(b)(6) motion asking the court to reconsider its dismissal of his § 2255 motion (D.I. 105); and

WHEREAS, on June 12, 2007, the court denied defendant's Rule 60(b)(6) motion (D.I. 109), and defendant filed a notice of appeal in the United States Court of Appeals for the Third Circuit (D.I. 110; D.I. 111); and

WHEREAS, the Third Circuit remanded the appeal for the sole purpose of determining whether a certificate of appealability should issue pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure, 28 U.S.C. § 2253, and Third Circuit Local Appellate Rule 22.2; and

WHEREAS, defendant has failed to "demonstrate that reasonable jurists would find the district court's dismissal on procedural grounds . . . debatable or

incorrect." Slack v. McDaniel, 529 U.S. 473, 485 (2000);

NOW, THEREFORE, IT IS ORDERED this __16th__ day of July 2007, that:

The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c).

_____
United States District Judge